UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH T. COOK,<br><br>    Plaintiff,<br><br>v.<br><br>PERRY ELLIS INTERNATIONAL, INC.<br>and OSCAR FELDENKRIES, in his personal<br>and professional capacities,<br><br>    Defendants. | Civil Action No. 1:15-cv-08290 (LGS) |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed, by and between Plaintiff Joseph T. Cook and Defendants Perry Ellis International, Inc. and Oscar Feldenkreis, through their respective undersigned counsel, that all claims asserted in this action are hereby dismissed in their entirety, with prejudice, each party bearing its own costs.

STIPULATED AND AGREED:

December 30, 2015

WIGDOR LLP

By: _____
Douglas H. Wigdor, Esq.
Scott G. Grubin, Esq.

85 Fifth Avenue
New York, New York 10003

*Attorneys for Plaintiff Joseph T. Cook*

Feb 2, 2016

Morgan, Lewis & Bockius LLP

By: _____
Christopher A. Parlo, Esq.
Leni D. Battaglia, Esq.

101 Park Avenue
New York, New York 10178

*Attorneys for Defendants Perry Ellis
International, Inc. and Oscar Feldenkreis*